No. 193. MILLIKEN ET AL. *v.* GILL, DIRECTOR OF INTERNAL REVENUE, ET AL. C. A. 4th Cir. Certiorari denied. *Kenneth D. Thomas* for petitioners. *Solicitor*

828

General Sobeloff, Assistant Att▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and Ellis N. Slack for respondents. ▮▮▮▮▮▮▮▮▮▮

